No. 366-81876-2014

THE STATE OF TEXAS

v.

JOHN TURNER GRAY

IN THE 366TH DISTRICT

5th COURT OF APPEALS
DALLAS, TEXAS
COURT OF 1/4/2016 3:49:45 PM

COLLIN COUNTY, TEXAS.
LISA MATZ
Clerk

## NOTICE OF APPEAL

**COMES NOW JOHN TURNER GRAY, DEFENDANT,** respectfully giving Notice of Appeal that he desires to appeal from the final judgment of conviction in the above styled and numbered cause that was ~~signed~~ *SENTENCED* by the court on the 6 day of November 2015. John Turner Gray appeals to the 5th Court of Appeals.

JOHN TURNER GRAY

FILED

15 NOV 18 PM 4: 32

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____DEPUTY

SCANNED